[No. 7087-1-II.  Division Two.  December 30, 1985.]

JOSEPH QUITAGUA, ET AL, *Respondents,* V. JACK CYR,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap
County, No. 82-2-00851-8, William L. Brown, Jr., J.,
entered May 6, 1983. *Affirmed* by unpublished opinion per
Reed, A.C.J., concurred in by Petrich and Alexander, JJ.

[No. 14960-1-I.  Division One.  December 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v.
HARRY GREER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84-1-00570-6, Richard M. Ishikawa, J.,
entered June 13, 1984. *Affirmed* by unpublished opinion
per Corbett, C.J., concurred in by Ringold and Scholfield,
JJ.

[Nos. 15010-3-I; 15011-1-I.  Division One.  December 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
CHARLES RUSK, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 84-1-00369-0, Stephen M. Reilly, J., entered
June 18, 1984. *Dismissed* by unpublished per curiam opin-
ion.